No. 87–5556. SANTIAGO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–5557. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–5672. HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–5673. BRADY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–5675. AMER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5712. CAULDER v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 87–5715. JOHNSON v. RUSSELL, SUPERINTENDENT, LIMA CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 87–5746. SHAW v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–5760. ROY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–5773. MYERS-BEY v. WOODARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–5796. MYERS v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 87–5798. MELTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–5805. HULSTINE v. MORRIS. C. A. 8th Cir. Certiorari denied.

No. 87–5807. JOHNSON v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 87–5817. SBLENDORIO ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–5835. GLENN v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.